UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-2630-GW(GJSx) | Date | May 19, 2017 |
|---|---|---|---|
| Title | *Darryl Strucke v. Macys West Stores, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE RE: SETTLEMENT**

On May 17, 2017 at 8:30 a.m., Plaintiff Darryl Strucke filed a Notice of Settlement. The Court sets an Order to Show Cause hearing re: Settlement is set for July 6, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on July 5, 2017.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer JG