JS-6

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   DARRYL STRUCKE,                    Case No.  CV 17-2630-GW(GJSx)
12               Plaintiff,
13        v.                            **ORDER TO DISMISS WITH PREJUDICE**
14   MACY'S WEST STORES, INC., et
     al.,
15
                 Defendants.
16
17
18        Based upon the stipulation between the parties and their respective counsel,
19   it is hereby ORDERED that this action is dismissed with prejudice in its entirety.
20        IT IS SO ORDERED.
21
22   Dated: June 6, 2017
23
24                                        _____
                                          HONORABLE GEORGE H. WU
25                                        UNITED STATES DISTRICT JUDGE
26
27
28